**THIS ORDER IS APPROVED.**

**Dated: November 23, 2009**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-04060/513970-4

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John David Reyes and Laura Stoops Reyes<br><br>Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Flagstar Bank, FSB<br><br>Movant,<br>vs.<br><br>John David Reyes and Laura Stoops Reyes, Debtors; Stanley J. Kartchner, Trustee.<br><br>Respondents. | No. 4:09-bk-21146-JMM<br><br>Chapter 7<br><br>AMENDED ORDER<br><br><br>RE: Real Property Located at<br>848 W. Vuelta Granadina<br>Sahuarita, AZ 85629 |

IT IS HEREBY ORDERED that the Motion for Relief Bankruptcy Order dated October 21, 2009 is hereby amended to reflect the correct legal description as follows:

Lot 505, of SONORA AT RANCH SAHUARITA, PHASE 4, a subdivision of Pima County, Arizona, according to the Map or Plat there of of Record in the Office of the County Recorder of Pima County, Arizona, in Book 60 of Maps and Plats at Page 10 thereof.

IT IS FURTHER ORDERED that all other provisions of the Relief Order granted on October 21, 2009.

**EXHIBIT "A"**

are in effect as of the effective date of said Order.

DATED this ____ day of _____, 2009.

                                       _____
                                       JUDGE OF THE U.S. BANKRUPTCY COURT